UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:03cr218-2

FILED
IN COURT
CHARLOTTE, N. C.

AUG 23 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

United States of America )
)
    Plaintiff, )
Vs. ) **ORDER**
)
Christopher R. Hines )
)
    Defendant )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 23rd day of August, 2005.

*[signature: Graham C. Mullen]*
United States Judge Presiding