IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR218-02-MU

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CHRISTOPHER REGINALD HINES, )<br>)<br>Defendant. )<br>_____) | ORDER |

This matter is before the court on Defendant's appeal from the Memorandum and Order entered by United States Magistrate Carl Horn, III, on April 22, 2005, denying Defendant's Motion to Withdraw Guilty Plea. For the reasons stated in open court, the Defendant's motion is denied and the Order of the Magistrate is affirmed.

IT IS THEREFORE ORDERED that defendant's motion is hereby DENIED.

**Signed: August 24, 2005**

Graham C. Mullen
Chief United States District Judge