# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO.: 3:03CR218 (02) MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER REGINALD HINES, ) | O R D E R |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court upon Defendant's Motion for Appeal Bond. Upon reviewing the motion, the court will **DENY** the same. Defendant must report to his designated facility with the Bureau of Prisons on August 21, 2006.

**IT IS SO ORDERED.**

Signed: August 21, 2006

Graham C. Mullen
United States District Judge